Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)



# UNITED STATES DISTRICT COURT

for the

District of

Division

OCT 2 7 2023

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case No. _____

_____
(to be filled in by the Clerk's Office)

Katrina S Wallace

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

chad kolit wonzow
mr. bartucci
ms. krum woide

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                                    Katrina S Wallace
All other names by which
you have been known:
ID Number                               S22507
Current Institution                     Kankakee County Jail
Address                                 3050 S Justice Way
                                        Kankakee                    IL              60901
                                           *City*                  *State*         *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
    Name                                Chad Kolitwranzow
    Job or Title *(if known)*           Chief of Corrections
    Shield Number
    Employer                            Kankakee County Jail
    Address                             3050 S Justice Way
                                        Kankakee                    IL              60901
                                           *City*                  *State*         *Zip Code*
                                        ☑ Individual capacity    ☒ Official capacity

Defendant No. 2
    Name                                mr. bartucci
    Job or Title *(if known)*           Sergeant
    Shield Number
    Employer                            Kankakee County Jail
    Address                             3050 S Justice Way
                                        Kankakee                    IL              60901
                                           *City*                  *State*         *Zip Code*
                                        ☑ Individual capacity    ☒ Official capacity

Katrina s walloco

eighth and fourteenth amendment violated

* ~~correctional officer ms. Licht stopped me again on
4-18-23 She stated inmates in Flex-D
housing are not allowed to go to the gym and
inmates Katharine Stover heard this and Allison
grant between the times of 5pm - 8pm~~

* correctional officer mr. bartucci violated my
eighth and fourteenth amendments by moving me
to solitary confinement pending disciplinary
hearing on march 25th 2023 for cruel and unusual
punishment

correctional officer ms. krumwiede violated my
eighth and fourteenth amendments by moving me to
solitary confinement (Flex-D) from march 25th to
march 30th then moved me to (medical Isolation
cell) on march 30th to may 2nd while in (medical
isolation cell) I endured bug bites, inhaled black
mold and suffered from mental damages (no human
contact) (no tablet or commissary from march 25th to
april 7th) (couldnt make a phone call without tablet from
march 25th to april 7th) (due process clause) violated
from being left in (solitary confinement, admin seg, special
management housing) from march 25th until now and still
counting for more than 90 days now the (medical
Isolation cell) was infested with bugs and ants and
had black mold on the walls by the bunk I
slept on then on may 2nd moved from medical

isolation cell back to the disciplinary unit (flex-D) without adequate investigation, lack of evidence of disciplinary ticket, violation, due process violated because I've been in solitary confinement, admin seg, special management housing since march 29th more than 90 days ago without due process hearing, duration of time til I get out of isolation

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                 ms. knmwaide
    Job or Title *(if known)*   classification officer
    Shield Number       kankakee County Jail
    Employer
    Address            3050 S Justice Way
                       Kankakee      IL      60901

                           *City*       *State*    *Zip Code*
                     [X] Individual capacity   [X] Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

                         *City*       *State*    *Zip Code*
                     [ ] Individual capacity   [ ] Official capacity

## II.   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

    [ ] Federal officials (a *Bivens* claim)

    [X] State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

eighth and fourteenth amendments violated, due process clause violated, cruel and unusual punishment, gay rights violated, additional pages added

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any state or territory or the district of columbia". explain how each defendant acted under color of state or local law. .D.

Katrina S Wallace

* placed in solitary confinement on march 25th under disciplinary investigative status (cruel and unusual punishment) in violation of the eighth and fourteenth amendments

* ~~denied gym~~ ~~eighth amendment violated~~ ~~(officer light)~~

* ~~prohibited from talking to other inmates (in solitary confinement unit) (cant go to their ball doors to talk to them) (deprived of all human contact)~~

* fourteenth amendment violated when seizure occurs when there is a governmental termination of freedom of movement through means intentionally applied (didnt give me the opportunity for a defense in the disciplinary hearing) (denied adequate process) (lacked sufficient evidence)

* deprived of commissary items and tablet to make phone calls from march 25th to april 7th 2023

* placed in isolation cell for more than 30 days with no human contact and the isolation cell was dirty with black mold on the walls and infested with bugs and ants coming through the cracks in the corners of the walls suffered bug bites

* fourteenth amendment violated when no (due process) punishment without due process (no out date out of (solitary confinement, admin seg, special housing unit) (whatever you want to call it)

* Keeping me in (solitary confinement, admin seg, special housing unit) with only one hour out of my tiny cell a day for more than 30 days



* lied on by another inmate and placed in (solitary confinment, admin seg, special housing unit) without adequate evidence, lack of evidence, no investigation conducted

~~X for over a year ms. hart said inmate housed in low are not allowed to go to the gym down in cell in max inmate housed in level (D) 8-18-23 between 8pm 8:15~~

* classification officer ms. krumwiede and correctional officer mr. bartneci placed me in (solitary confinment, admin seg, special housing unit) and (the isolation cell) from march 30 to may 2nd march 25th 2023 until now im still currently in seg unit without due process in punishment from a rule violation ticket..... been in seg for more than 9 days and counting violating my eighth and fourteenth amendments from (cruel and unusual punishment) deprived of commissary items from march 25th to april 7th 2023 and deprived of a tablet to make phone calls from march 25th to april 7th 2023

eighth and fourteenth amendments violated
katrina s wallace  42 u.s.c 1983 lawsuit

on the date of march 25th 2023 I was housed
in general population in flex-A unit and around 8-9am
officer schimanski came on the unit intercom and told
all the female inmates to lockdown immediately. everyone
complied... moments later while im in my cell alone (cell6)
officer Schimanski came on my cell intercom and told me
to pack all my belongings because per officer bartucci
and per officer=classification officer ms. krummwide
        I was being moved to the discipline unit
flex-D pending disciplinary investigation... I packed
all my belongings and moved to unit flex-D pending
investigation... On march 30th at approximately 10:40am
officer licht, ms.licht   came on my cell intercom in
the discipline unit flex-D, cell 8 and told me to pack all
my belongings... I complied... Once in the hallway I
was told I was being moved to the isolation cell
unit pending proe investigation (both tickets attached)
I was in the isolation cell from march 30th to may 2nd
enduring bug and ant bites, bug and ant infested cell
black mold on the walls and no human contact and left
without commissary and a tablet to make phone calls from
march 25th to april 7th... My eighth and fourteenth
amendments are being violated from cruel and unusual
punishment from being in isolation from march 25th til
now for more than 90 days and counting, due process
clause violated because im being left in isolation
punishment without due process, no out date, duration,
or reason why im still being punished,

* nothing ever came of the prua invustigation
because it was false and no proof, lack of evidence

42 U.S.C 1483 (Suction 1483 of title 42) law suit

solitary confinment

| accusation claim | I have been in the kankakee county jail since march 2nd 2023 and from march 2nd to march 25th 2023 I had no disciplinary infractions or problems with any other inmates, im not a danger to other inmates or myself and all of a sudden on march 25th 2023 im moved from general population (flex-A) to the discipline pod (flex-D) because inmate (AlaA woods) lied on me and told C.O. Licht and C.O. Schimanski that on several different occasions I supposedly ~~hit~~ "slapped several detainees in the face and chest while in the dayroom...and that I supposedly entering other detainees cells and locking myself in in with them" and this all supposedly happened on afternoon shift on various days... |

| argument response | "if I supposedly hit and slapped other detainees in the face and chest then why didnt the detainees that I supposedly hit ever tell authorities on me or speak up after I was gone? after I didnt pose a threat to them after I was moved to flex-D they could have spoke up if they were scared or anything but they never did and til this day no inmate has came forward saying I hit them in the dayroom or any other time... this accusation was never investigated, no cameras were ever watched, no detainees were ever |

questioned or anything I deserve an investigation and being taken out of solitary confinement

*** no detainee ever told the authorities that I locked myself in their cells with them to do anything against the rules or inappropriate so why didn't it get investigated and looked into

* the inmate (Alala Woods) that lied on me and made up those accusations, these serious accusations should be held accountable for her lies and punished for them

** I am seeking relief out of solitary confinement immediately and 50,000$ for damaging my Psychological being since I've been in solitary confinement with only 1 hour out of my cell a day for more than 90 days long...

* ~~I haven't gotten any mental disciplinary infraction since they had those false allegations told me and told out to be back to general population (Flex-A)~~

** every 30 days I should be up for reclassification by law to determine if reason for confinement still exists

* Sentenced to disciplinary segregation following an inadequate hearing

# Gay rights violated

Ms. Krumwolde and mr. Bartucci are violating my gay rights because they are keeping me isolated from all the other female inmates in general population all because one inmate told them lies about other female inmates being attracted to me...

Even if inmates are attracted to me that doesnt give them the right to isolate me because I dont have any proas or am I attracted to any female inmates in Kankakee County Jail...

On March 30, 2023, I R/O (Reporting Officer) Licht was assigned to Flex with C/O Maldonado from 0700-1500. At approximately 1040, this R/O was informed that detainee Wallace, Katrina #522507 has been going to all of the cell doors in Flex D and asking the females to show her their breasts. Booking was notified of the situation.

End of statement.

On March 25, 2023, I R/O (Reporting Officer) Licht was assigned to Flex with C/O Schimanski from 0700-1500. At approximately 0830, this R/O and C/O Schimanski were informed about several incidents that happened on afternoon shift on various days. We were informed that detainee Wallace, Katrina #522507 was entering other detainees' cells and locking herself in there with them. We were also informed that she slapped several detainees in the face and chest while in the dayroom. Cpl. Bartucci was notified of the incidents and it was determined to move detainee Wallace, Katrina to Flex D on lockdown pending hearing until the claims could be looked in to.


End of statement


Rule Violations:

2.43

2.18

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

mr.bartucci and msikammvoido are violating my civil rights additional pages added...

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)*

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

march 25th 2023 in flex-A to flex-D, march 30th in flex-D 2023 to medical isolation cell, may 2nd 2023 in medical isolation cell to flex-D additional pages added...

## Relief Seeking

\* Seeking a immediate relief out of "solitary confinement, admin segregation, special housing unit, lockdown 23/1 hours a day" to go back to general population in flex-A unit

\* seeking for a federal transfer to either Sangamon county Jail, livingston county Jail or mcc chicago Jail as soon as possible please

Seeking 50,000 cash for suffering from mental issues from caused from being on lockdown on 23/1 hours a day from march 25th 2023 until now 7months later suffering from severe anxiety, major depression, paranoia, bipolar mood swings, hallucinations, night terrors, Shiudot thoughts... I keep getting my medication changed because nothing is helping me feel better

\* Seeking 25,000 cash for suffering from bug and ant bites while housed in medical isolation cell from march 30th 2023 until may 2nd 2023 also suffered from inhaling black mold on a daily from the walls by my bunk having black mold on them

\* Seeking 50,000 cash for ms.kruunvaidu and mr. bartucci violating my gay rights for singling me out for being gay and isolating me dhsq because im gay without a real legit reason

* Requesting to proceed in forma pauperis
So please send me a form to fill out thank you

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

march 25th 2023 between 8-9am
march 30th 2023 between 10:30-11:30am
may 2nd 2023 between 5-7pm        additional pages added...

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

additional pages added... moved to disciplinary unit on march 25th 2023 per mr.bartucci and ms.krumvieda... inmate mario lopez saw this and c.o. Schimanski saw this

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

additional pages added... endured bug and ant bitus, inhaled black mold on a daily, Suffering from severe anxiety, major depression, paranoia, bipolar mood swings, hallucinations, suicidal thoughts

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

additional pages added... immediate relief out of lockdown 23/1 to go back to general population in Flex-A unit... immediate federal transfer to either sangamon county, livingston county or mcc chicago jail please... seeking 50,000 cash for suffering mentally... seeking 25,000 cash for suffering bug and ant bitus and inhaling black mold... seeking 50,000 cash for gay rights being violated... requesting to proceed in forma pauperis so please send me the form to fill out thank you

2:23-cv-02242-CRL    # 1    Filed: 10/27/23    Page 19 of 28

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Kankakee County Jail

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

all claims in additional pages added

Page 6 of  11

Katrina S Wallace (Preliminary Injunction)
Kankakee County Jail (42 U.S.C 1983)
Solitary Confinement          (Section 1983 of title 42)

I have exhausted administrative remedies,
and filed grievances and requests about my ongoing
Solitary confinement away from general population
since march 25th 2023 at approximately 8:30-
9am... I was moved from general population
in Flex-A pod to the discipline pod called
Flex-D (ticket, discipline report attached) now
these accusations were never investigated and
I been left in solitary confinement with no
out date to go back to general population (Flex-A)
Since then...

*     I am first filing a (Preliminary Injunction
motion) ~~xxxxxxxxxx~~ to get immediate
release out of Solitary confinement. admin seg. special
housing unit (whatever you want to call it)

*     Next I am filing a law suit under the 42
U.S.C 1983 (Section 1983 of title 42) For violations
of my (eighth amendments prohibition on cruel
and unusual punishment and the fourteenth
amendments guarantees of procedural and
substantive due process) I am Seeking immediate
release or a actual duration status of confinement
since its now past 90 days since I've been in
Solitary confinement with no update

*     I am also Sueing (For 50,000) for damaging my
psychological being since I've been suffering from
severe anxiety, major depression, paranoia, bipolar
mood swings, and hallucinations since I've been

in solitary confinement...

*** this cruel and unusual punishment also violates the rehabilitation act of section 504)

** Sentenced to disciplinary segregation following an inadequate hearing

did you take to appeal that  2 of 11
decision? is grievance
process completed?  4.

Katana swallace

classification request 5-15-23  09:02:39

grievance  5-19-23  11:56:44

request slip 5-20-23  19:48:38

grievance  5-19-23

grievance  5-28-23

grievance  5-23-23  16:02:17

grievance  5-28-23  10:06:07

grievance  6-6-23

grievance  6-10-23  11:12:21

classification request 6-11-23  11:21:17

grievance  6-15-23

grievance  6-17-23

classification request slip 6-19-23

wrote letters to grievance appeal committee at:

DHS OIG hotline

2us murray drive        but got no response

SE building 410

Washington DC 20538

I also wrote a appeal grievance letter to
the chief of corrections: Chad kolitwenzew

but got no response

and requested to speak with the jail admin
but was denied

* more undocumented grievances and request slips
than this

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

Flux-D unit

2.    What did you claim in your grievance?

all claims stated above... additional pages added

3.    What was the result, if any?

I was told I had to stay in isolation on 23/2 lockdown

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

additional pages added... appeal letter to Chief of Corrections, appeal letter to DHS OIG hotline... requested to speak to jail admin but denied

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. *additional pages adduct* 

    *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
       Plaintiff(s)  _____
       Defendant(s)  _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

       _____

3.    Docket or index number

       _____

4.    Name of Judge assigned to your case

       _____

5.    Approximate date of filing lawsuit

       _____

6.    Is the case still pending?
       ☐ Yes
       ☐ No
       If no, give the approximate date of disposition  _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     10-23-23

Signature of Plaintiff     K. Wallace
Printed Name of Plaintiff     Katrina wallace
Prison Identification #     S22S07
Prison Address     3050 S Justice Way
Kankakee          IL          60901
                          *City*                    *State*          *Zip Code*

### B.    For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
                          *City*                    *State*          *Zip Code*
Telephone Number
E-mail Address



Katrina Wallace/522567
3030 S Justice way
Kankakee IL 60901

legal
mail

Central district court
100 NE monroe St
room 309
Peoria IL 61602