Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

| | |
|---|---|
| **Katrina Wallace** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case Number: 23-2242 |
| **Chad Kolitwenzew, Bartucci, Krumweide.** | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Katrina Wallace's action against Defendants Chad Kolitwenzew, Bartucci and Krumweide is dismissed.

**Dated: 12/6/2023**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court